

May 1, 2024

> This request does not comply with this Court's Individual Practices. The parties are ordered to review those Practices and comply in the future. The Court will adjourn the pretrial conference to May 14, 2024, at 11:00 AM. The joint letter will be due May 9, 2024. No further extensions.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 22.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: May 1, 2024

<u>Via ECF</u>
Judge Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *700 Camp Street, LLC vs. Mt. Hawley Insurance Company*
             Case No. 1:24-cv-03060-AS

Dear Judge Subramanian:

    We are counsel for Plaintiff 700 Camp Street, LLC, and are writing, with the consent of Defendant Mt. Hawley Insurance Company, to request an adjournment of the Initial Pretrial Conference scheduled for May 6, 2024, which requires us to submit a joint letter and proposed scheduling order by tomorrow, May 2, 2024. At this time, I am actively engaged in trial of the matter of *Seven C's Properties, LLC, et al. versus Tennessee Gas Pipeline Company, LLC, et al.*, No. 10-19519, 38th Judicial District Court for the Parish of Cameron, State of Louisiana, which will make it very difficult to meet tomorrow's deadline to file the joint letter and proposed scheduling order.

    We are respectfully requesting that the Court briefly adjourn the Pretrial Conference so that all parties may confer accordingly prior to the submission of a joint letter and proposed scheduling order. We have conferred with counsel for Mt. Hawley, who joins in this request for a brief adjournment of the Initial Pretrial Conference.

    We thank the Court for its consideration of this matter.

                                                            Sincerely,

                                                           Peter N. Freiberg

PNF/kl
cc: All Counsel of Record (via ECF filing and/or email)