UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 700 CAMP STREET, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>MT HAWLEY INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant. | 24-CV-03060 (AS)<br><br>Order |

ARUN SUBRAMANIAN, United States District Judge:

　　An initial pretrial conference in this case is set for May 14, 2024, at 11:00 AM. At that conference, the parties should be prepared to discuss defendant's contention that the claim is barred because the subject insurance policy states that "in no event may a claim be filed with us later than one year after the date of the loss or damage that is the subject of the claim." The parties should also be prepared to discuss what discovery is necessary and how best to expedite the resolution of this case. The Court does not think that a ten-month discovery period, as proposed in the case management plan, is necessary.

　　SO ORDERED.

Dated: May 9, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge