UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 700 CAMP STREET, LLC,<br><br>        Plaintiff,<br><br>   -against-<br><br>MT HAWLEY INSURANCE COMPANY,<br><br>        Defendant. | 24-CV-03060 (AS)<br><br>Order |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at today's conference, Defendant may file a motion for judgment on the pleadings by May 24, 2024, with the response due June 7, 2024, and the reply due June 14, 2024. The parties should address whether there are any other pending cases in the Southern District of New York that raise similar issues as those implicated in this motion.

  The Court will enter a case management plan after the motion is decided.

  SO ORDERED.

Dated: May 14, 2024
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge