UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 700 CAMP STREET, LLC,<br><br>                    Plaintiff,<br><br>         -against-<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>                    Defendant. | 24-cv-3060 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at the hearing on January 8, 2025, the parties have until January 15, 2025, to inform the Court that this case has been resolved. If the case is not resolved, the Court will proceed to adjudicate defendant's pending application. The discovery schedule previously set by the Court remains in place.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                                   ARUN SUBRAMANIAN
                                                                   United States District Judge